SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

GREG E. EISNER (State Bar No. 190135)
gee@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

Attorneys for Defendants
COUNTRYWIDE FINANCIAL
CORP.; COUNTRYWIDE BANK
N.A.; and COUNTRYWIDE HOME
LOANS, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. FARMER, and SANDY FARMER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORP.; COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOANS, Inc., and UNITED MORTGAGE & LOAN INVESTMENT, LLC,<br><br>Defendants. | Case No.:  8:08-cv-01075 AG (RNBx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Compl. Filed: Sept. 26, 2008<br>Trial Date: Vacated |

11952/0051/753771.1

[Proposed] Judgment of Dismissal with Prejudice.
Case No.:  8:08-cv-01075 AG (RNBx)

| | |
|---|---|
| 1 | This Court, having entered an order on August 24, 2009, granting the Motion |
| 2 | to Dismiss of defendants Countrywide Financial Corporation, |
| 3 | Countrywide Bank, N.A., Countrywide Home Loans, Inc., and Recontrust |
| 4 | Company ("Defendants") to the entire Second Amended Complaint without leave |
| 5 | to amend, and good cause appearing, |
| 6 | **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that this |
| 7 | action is dismissed with prejudice.  The clerk is ordered to enter judgment |
| 8 | accordingly. |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | **DATED:  September 8, 2009**     _____ |
| 12 |                                              Hon. Andrew J. Guilford |
| 13 |                                              UNITED STATES DISTRICT COURT |

Submitted by:
Defendants Countrywide Financial Corporation,
Countrywide Bank, N.A., Countrywide Home Loans, Inc.,
and Recontrust Company